FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 23 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL COMMODORE PIPPEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No.: 1:07-cv-01565- |
| ) | BBM-AJB |
| v. ) | |
| GEORGIA-PACIFIC GYPSUM LLC, ) | |
| KOCH INDUSTRIES, INC. ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF APPEAL

Notice is given that Plaintiff, Crystal Commodore Pippen ("Plaintiff" or "Crystal Commodore Pippen"), proceeding, Pro Se in the above styled matter, does hereby serve notice of and files this NOTICE OF APPEAL to the Court of Appeal of Georgia from the judgment of the trial court entered on the 3rd day of December, 2009.

The clerk shall omit nothing from the record on appeal.

The Court of Appeals has jurisdiction because the dismissal was with prejudice, it can be appealed. Lewis v. Tel. Employee's Credit Union, 87 F.3d 1537, 1556 (9th Cir. 1996). Federal Rule 59 also prohibits Defendants from responding without written request made by the Court.

## NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL COMMODORE PIPPEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No.: 1:07-cv-01565- |
| — | ) BBM-AJB |
| vi. | ) |
| GEORGIA-PACIFIC GYPSUM LLC, | ) |
| KOCH INDUSTRIES, INC. | ) |
| | ) |
| Defendants, | ) |

## CERTIFICATE OF SERVICE

I certify that I have this day served Daniel E Turner, Bar No.719330, opposing counsel, with a copy of this Notice of Appeal by mailing a copy first class mail postage prepaid to him at: ASHE, RAFUSE & HILL LLP, 1355 Peachtree Street, N.E., Suite 500, Atlanta, Georgia 30309-3232.

This the 21st day of December, 2009.

_____
Crystal Commodore Pippen, Pro Se
6509 Buchan Road, Pembroke, GA 31321